IN THE SUPREME COURT OF TEXAS

NO. B-9727

H. T. VONDY,                    )
                               )
        Petitioner             )
                               )
     v.                        )        From Uvalde County
                               )
COMMISSIONERS COURT OF UVALDE)          Eleventh District
   COUNTY, TEXAS, ET AL.,       )
                               )
        Respondents            )

PER CURIAM

H. T. Vondy, a constable of Uvalde County, instituted this mandamus action. The purpose of this mandamus is to require the Commissioners Court of Uvalde County to set a reasonable salary for his office.

The defendants named were the Commissioners Court, the county judge, and three of the four county commissioners. We are told that the fourth commissioner was not named as a defendant because he favored the fixing of a reasonable salary for Vondy. No question was raised in the trial court as to want of necessary parties.

The parties entered into an agreed statement of the facts.

The trial court denied the relief sought by Vondy. An appeal was taken to the court of civil appeals. That court, upon its own motion, dismissed the cause because the fourth commissioner was not made a party. The court held that this was fundamental error. 601 S.W.2d 808.

The application for writ of error asserts that we have jurisdiction under Section 2 of Article 1728[1]. That Section requires a conflict with another appellate decision, as set out in the Section. No such conflict is cited; therefore, we have no jurisdiction.

_____

[1]Vernon's Texas Civil Statutes Annotated

The dismissal of the writ for want of jurisdiction is not to be construed to mean that we agree with the opinion or judgment of the court of civil appeals.

The application for writ of error is dismissed for want of jurisdiction.


OPINION DELIVERED:   February 11, 1981.